Suzie WILSON, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 78–2012.

United States Court of Appeals,
Fifth Circuit.*
Unit B

May 24, 1982.

Suzie Wilson, pro se.

Daniel E. Fromstein, Atty., Crim. Div., Philip Wilens, Chief, James P. Morris, Eric A. Fisher, Attys., Govt. Reg. & Labor Section, Crim. Div., U. S. Dept. of Justice, Washington, D. C., for respondent.

Before HILL and VANCE, Circuit Judges, and LYNNE **, District Judge.

PER CURIAM:

AFFIRMED. See Local Rule 21.

---

* Former Fifth Circuit case, Section 9(1) of Public Law 96–452—October 14, 1980.

** Honorable Seybourn H. Lynne, U. S. District Judge for the Northern District of Alabama, sitting by designation.